**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Victory Transportation, LLC** | |
|---|---|---|---|

| 2. | All other names debtor used in the last 8 years |
|---|---|
| | Include any assumed names, trade names and *doing business as* names |

| 3. | Debtor's federal Employer Identification Number (EIN) | **46-5340776** |
|---|---|---|

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6207 W Thorpe** **Spokane, WA 99224** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Spokane** | **Location of principal assets, if different from principal place of business** |
| County | **6207 W Thorpe Rd Spokane, WA 99224** |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **victorytransport.com** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32     Pg 1 of 63

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | | When | | Case number |
| District | | When | | Case number |

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 2 of 63

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 3 of 63

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 4 of 63

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2024**
               MM / DD / YYYY

**X** **/s/ Igor Chernetskiy**                                    **Igor Chernetskiy**
Signature of authorized representative of debtor                  Printed name

Title    **Chief Executive Officer Member**

**18. Signature of attorney**

**X** **/s/ Elizabeth M. McBride**                    Date    **May 16, 2024**
Signature of attorney for debtor                             MM / DD / YYYY

**Elizabeth M. McBride 16035**
Printed name

**Elizabeth M. McBride, P.S. Corp.**
Firm name

**28 W Indiana Avenue Ste G**
**Spokane, WA 99205**
Number, Street, City, State & ZIP Code

Contact phone   **(509) 838-0435**        Email address    **lisa@lisamcbride.com**

**16035 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Victory Transportation, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>May 16, 2024</u>      X *<u>/s/ Igor Chernetskiy</u>*
                                      Signature of individual signing on behalf of debtor

                                       **Igor Chernetskiy**
                                       Printed name

                                       **Chief Executive Officer Member**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Victory Transportation, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Hi Security** 8156 S. Eldorado St French Camp, CA 95231 | | security for the Stockton Yard | | | | $19,512.00 |
| **BNSF** 920 SE Quincy St Topeka, KS 66612 | | container rental | | | | $43,345.36 |
| **Channel** 10900 Wayzata Blvd #300 Minnetonka, MN 55305 | | loan of $200,000 payable at $18,133.33 per month for 15 months 9 months remain Loan is not secured as prior UCC filed by SBA | | | | $163,199.70 |
| **Daimler Truck Financial** 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177 | | 2019 Freightliner Truck #450 Model T12664ST SN# 3AKJHHDR4KSKL 2507 Purchase 5/11/2023 Price $78,500.00 Finance Note Amount: $84,922.00 36 payme | | $65,831.46 | $45,000.00 | $20,831.46 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177 | | 2019 Freightliner Truck #495 Model T12664ST  SN# 3AKJHHDR2KSKL2506 Purchase 5/11/2023  Price $75,500.00 Finance Note Amount: $81,717.00  36 payment | | $63,348.01 | $45,000.00 | $18,348.01 |
| Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177 | | 2020 Freightliner Truck #530 Model T12664ST SN# 3AKJHHDR3LSLW0478  Purchase 2/21/2023  Price $66,250.00 Finance Note Amount: $74,259.00  48 paym | | $67,904.21 | $50,000.00 | $17,904.21 |
| Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177 | | 2020 Freightliner Truck #535  Model T12664ST SN# 3AKJHHDR6SMD3788 Purchase 7/31/2023  Price $71,000.00 Finance Note Amount: $72,210.00  48 payments | | $67,382.96 | $50,000.00 | $17,382.96 |
| Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177 | | 2019 Freightliner Truck #505  Model T12664ST  SN# 3AKJHHDR3KSKE1372  Price $74,000.00 Finance Note Amount: $80,115.00  36 payments of $2,596.46 | | $62,106.07 | $45,000.00 | $17,106.07 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | | **2019 Freightliner Truck #520 Model T12664ST  SN# 3AKJHHDR4KSKX 2134  Purchase 06/13/2023 Price $72,250.00 Finance Note Amount: $73,265.00  36 payme** | | **$63,835.21** | **$48,000.00** | **$15,835.21** |
| **Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | | **2020 Freightliner Truck #525 Model T12664ST SN# 3AKJHHDR2LSLH 9342  Purchase 06/01/2023 Price $67,000.00 Finance Note Amount: $68,015.00  48 paym** | | **$60,680.11** | **$45,000.00** | **$15,680.11** |
| **Daimler Truck Financial 14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | | **2019 Freightliner Truck #510  Model T12664ST  SN# 1FUJHHDR9KLKX 5830  Purchase 06/01/2023  Price $70,500.00 Finance Note Amount: $71,515.00  36 paym** | | **$60,499.09** | **$45,000.00** | **$15,499.09** |
| **DCLI 3525 Whitehall Park Dr #400 Charlotte, NC 28273** | | chasis rental | | | | **$109,026.64** |
| **Forward Financing 53 Street 20th Floor Boston, MA 02109** | | **Merchant Cash Advance loan claimed to be a purchase of $222,000.00 in future receipts at 2% of income or $6,937.50 per weelk for $146,000.00 after pro** | **Disputed Subject to Setoff** | | | **$158,200.00** |

24-00802-FPC11   Doc 1   Filed 05/17/24   Entered 05/17/24 10:28:32   Pg 9 of 63

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JP Morgan Chase Bank Card Services PO Box 15369 Wilmington, DE 19850** | | **business credit card** | | | | **$57,080.15** |
| **McKinney PO Box515574 Los Angeles, CA 90051-4586** | | **TRAILER RENTAL** | | | | **$50,193.23** |
| **Milestone 1 E 22nd St 8th Fl Lombard, IL 60148** | | **Lease of containers being assumed** | | | | **$18,622.00** |
| **Premier Trailer LLC 5201 Tennyson Pkwy #250 Plano, TX 75024** | | **trailer lease** | | | | **$51,548.00** |
| **Run Roadlines 3439 Brookside Road Stockton, CA 95219** | | **Stockton Yard Lease will reject lease** | | | | **$123,800.00** |
| **Samson MCA LLC 1545 Route 202 Ste 201 Pomona, NY 10970** | | **loan claimed as sale of 5% future revenue $244,925 funded to Victory Transportation no security in accounts SBA filed UCC 06/27/21 covering all acc** | | | | **$155,000.00** |
| **WELLS FARGO PO BOX 29704 PHOENIX, AZ 85038** | | **credit line for Victory Transportation LLC** | | | | **$48,640.06** |

**Fill in this information to identify the case:**

Debtor name   **Victory Transportation, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:  Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................  $           **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................  $     **3,082,023.88**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................  $     **3,082,023.88**

### Part 2:  Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **1,835,557.78**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $           **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$     **1,031,960.28**

4.   Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b             $     **2,867,518.06**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

24-00802-FPC11   Doc 1   Filed 05/17/24   Entered 05/17/24 10:28:32   Pg 11 of 63

Fill in this information to identify the case:

Debtor name  **Victory Transportation, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **1891** | $814.27 |
| 3.2. | **Wells Fargo** **This account is overdrawn by $19,084.12** | **checking** | **1933** | $0.00 |
| 3.3. | **Wells Fargo** | **Checking** | **9490** | $150.20 |
| 3.4. | **Wells Fargo** | **checking** | **5310** | $150.79 |
| 3.5. | **Washington Trust** | **Checking** | **8474** | $1,005.62 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $2,120.88 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  **1,686,303.00** - **0.00** = .... **$1,686,303.00**

face amount — doubtful or uncollectible accounts

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,686,303.00**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** office furniture purchased 6/19/2019 for $1,822 | **$0.00** | | **$500.00** |
| | office furniture purchased 12/18/2020 for $2,592 | **$0.00** | Comparable sale | **$1,500.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| MAC Desktop purchased 11/14/2016 for $499 | $0.00 | Comparable sale | $200.00 |
| office equipment purchased 05/13/2017 for $2,000 | $0.00 | Comparable sale | $900.00 |
| cameras purchased 11/16/2021 for $3,485 | $0.00 | Comparable sale | $1,500.00 |
| Office Warehouse equipment purchased 11/16/2021 for $15,000 | $0.00 | Comparable sale | $9,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                    | $13,600.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2019 Freightliner Truck #455  Model T12664ST  SN# 3AKJHHDR9KSKT0011 Purchased 5/10/2023 for $60,000.00 Finance Note Amount: $64,675.00  36 payments of $2,096.06 commencing 07/09/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy  Modified on 04/30/2024 Balance of $52,856.01 Oeration Location   Chicago IL** | $0.00 | Comparable sale | $45,000.00 |

| | | | |
|---|---|---|---|
| 47.2. | **2019 Freightliner Truck #435   Model T12664ST SN# 1FUJHHDR6KLKW2684 Purchase 4/27/2023 Price $70,500.00 Finance Note Amount: $76,881.00   36 payments of $2,491.36 commencing 06/26/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy operating out of Spokane, WA location** | $0.00    Comparable sale | $45,000.00 |
| 47.3. | **2019 Freightliner Truck #445   Model T12664ST   SN# 3AKJHHDRXKSKF0554 Purchased 4/28/2023 Price $68,250.00 Finance Note Amount: $ 73,974.00 36 payments of $2,397.15 commencing 06/27/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy operation Location Spokane WA** | $0.00    Comparable sale | $45,000.00 |
| 47.4. | **2019 Freightliner Truck #440   Model T12664ST   SN# 3AKJHHDR7KSKF0561 Purchase 4/28/2023 Price $68,500.00 Finance Note Amount: $74,241.00 36 payments of $2,405.81 commencing 06/27/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Located in Fife WA** | $0.00    Comparable sale | $45,000.00 |
| 47.5. | **2019 Freightliner Truck #465   Model T12664ST   SN# 3AKJHHDR1KSLG2336 Price $69,750.00   Finance Note amount: $75,559.00   36 payments of $2,448.80 commencing 07/02/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy operation Location Spokane, WA** | $0.00    Comparable sale | $45,000.00 |
| 47.6. | **2019 Freightliner Truck #505   Model T12664ST   SN# 3AKJHHDR3KSKE1372 Price $74,000.00   Finance Note Amount: $80,115.00   36 payments of $2,596.46 commencing 07/10/23 operation location Portland, OR** | $0.00    Comparable sale | $45,000.00 |
| 47.7. | **2019 Freightliner Truck #470   Model T12664ST   SN# 3AKJHHDR8KSLG2334 Purchase 5/03/2023   Price $70,500.00 Finance Note Amount: $76,377.00 36 payments of $2,475.31 commencing 07/02/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Portland, OR** | $0.00    Comparable sale | $45,000.00 |

| | | | |
|---|---|---|---|
| 47.8. | **2019 Freightliner Truck #485  Model T12664ST  SN# 3AKJHHDR2KSKT0013 Purchase 5/10/2023  Price $58,500.00 Finance Note Amount: $63,085.00 36 payments of $2,044.53 commencing 07/09/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Spokane, WA** | $0.00      Comparable sale | $45,000.00 |
| 47.9. | **2019 Freightliner Truck #450   Model T12664ST  SN# 3AKJHHDR4KSKL2507 Purchase 5/11/2023  Price $78,500.00 Finance Note Amount: $84,922.00  36 payments of $2,752.25 commencing 07/10/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Spokane, WA** | $0.00      Comparable sale | $45,000.00 |
| 47.10. | **2019 Freightliner Truck #495 Model T12664ST  SN# 3AKJHHDR2KSKL2506 Purchase 5/11/2023  Price $75,500.00 Finance Note Amount: $81,717.00  36 payments of $2,648.37 commencing 07/10/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Portland, OR** | $0.00      Comparable sale | $45,000.00 |
| 47.11. | **2019 Freightliner Truck #480 Model T12664ST  SN# 3AKJHHDR6KSKE1429 Purchase 5/11/2023  Price $75,250.00 Finance Note Amount: $81,450.00  36 payments of $2,639.72 commencing 07/16/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Spokane** | $0.00      Comparable sale | $60,000.00 |
| 47.12. | **2020 Freightliner Truck #500  Model T12664ST  SN# 3AKJHHDR9LSLJ8347 Purchase 5/22/2023  Price $72,750.00 Finance Note Amount: $79,030.00 48 payments of $2,015.37 commencing 07/21/23 Operation Location Spokane WA  Guarantors Viktor Chernetskiy and Igor Chernetskiy** | $0.00      Comparable sale | $50,000.00 |

| | | | |
|---|---|---|---|
| 47.13. | **2020 Freightliner Truck #535  Model T12664ST  SN# 3AKJHHDR6SMD3788 Purchase 7/31/2023  Price $71,000.00 Finance Note Amount: $72,210.00 48 payments of $1,882.20 commencing 09/29/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Spokane, WA** | $0.00        Comparable sale | $50,000.00 |
| 47.14. | **2019 Freightliner Truck #490 Model T12664ST SN# 3AKJHHDR9KSLG4271 Purchase 5/25/2023 Price $68,750.00 Finance Note Amount: $70,264.00  36 payments of $2,281.04 commencing 07/24/23 Operation Location Spokane, WA  Guarantors Viktor Chernetskiy and Igor Chernetskiy** | $0.00        Comparable sale | $45,000.00 |
| 47.15. | **2019 Freightliner Truck #460 Model T12664ST  SN# 3AKJHHDR0KSKF0563 Purchase 06/01/2023 Price $69,250.00 Finance Note Amount: $70,265.00  36 payments of $2,296.18 commencing 07/31/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy  Operation Location Spokane** | $0.00        Comparable sale | $45,000.00 |
| 47.16. | **2020 Freightliner Truck #530   Model T12664ST  SN# 3AKJHHDR3LSLW0478  Purchase 2/21/2023  Price $66,250.00 Finance Note Amount: $74,259.00  48 payments of $1,925.37 commencing 08/20/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Location Portland, OR** | $0.00        Comparable sale | $50,000.00 |
| 47.17. | **2020 Freightliner Truck #525   Model T12664ST   SN# 3AKJHHDR2LSLH9342  Purchase 06/01/2023 Price $67,000.00 Finance Note Amount: $68,015.00  48 payments of $1,749.33 commencing 07/31/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy  Operation Located in Spokane, WA** | $0.00        Comparable sale | $45,000.00 |

| | | | |
|---|---|---|---|
| 47.18. | **2019 Freightliner Truck #510  Model T12664ST  SN# 1FUJHHDR9KLKX5830  Purchase 06/01/2023  Price $70,500.00  Finance Note Amount: $71,515.00  36 payments of $2,337.03 commencing 07/31/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Located in Spokane** | $0.00     Comparable sale | $45,000.00 |
| 47.19. | **2019 Freightliner Truck #520 Model T12664ST  SN# 3AKJHHDR4KSKX2134  Purchase 06/13/2023  Price $72,250.00  Finance Note Amount: $73,265.00  36 payments of $2,405.60 commencing 08/12/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy operating from the Spokane WA location** | $0.00     Comparable sale | $48,000.00 |
| 47.20. | **2019 Freightliner Truck #515   Model T12664ST  SN# 3AKJHHDR8KSKF0567  Purchase 06/01/2023  Price $66,750.00  Finance Note Amount: $67,765.00  36 payments of $2,214.49 commencing 07/31/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Located in Spokane** | $0.00     Comparable sale | $44,000.00 |
| 47.21. | **2019 Freightliner Truck #475   Model T12664ST  SN# 3AKJHHDR1KSKE1466  Purchase 05/17/2023 Price $60,500.00  Finance Note Amount: $65,697.00  36 payments of $2,129.18 commencing 07/16/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy Operation Located in Spokane** | $0.00     Comparable sale | $48,000.00 |
| 47.22. | **2012 Volvo VNL Truck #400  SN 4V4NC9EH4CN548532  purchased 12/30/2020 for $15,949 operating from the location in Spokane, WA** | $0.00     Comparable sale | $5,000.00 |
| 47.23. | **2013 Volvo VNL Truck #380 serial # 4V4NC9EH4DN139593 purchased 10/30/2020 for $15,949 operating out of the office in Butte MT** | $0.00     Comparable sale | $12,000.00 |
| 47.24. | **2013 Volvo VNL Truck #395  SN 4V4NC9EHXDN139596 purchased 12/30/2020 for $15,949 operating out of the Spokane WA office** | $0.00     Comparable sale | $5,000.00 |

| | | | |
|---|---|---|---|
| 47.25 · | **2013 Volvo VNL Truck #390  SN 4V4NC9EH1DN139597 purchased 12/30/2020 for $15,949 operating out of the Butte MT location** | $0.00 | $12,000.00 |
| 47.26 · | **2013 Volvo Model VNK Semi Truck #405 serial 4V4NC9EH4DN139593   purchased 11/24/2020 for $16,146 operating out of the Spokane WA office** | $0.00   Comparable sale | $5,000.00 |
| 47.27 · | **2007 Hino # MT-17 SN 5PVNJ8JP372S50117  operating out of the Butte MT location** | $0.00   Comparable sale | $8,000.00 |
| 47.28 · | **2005 Hino 258  #MT-18 SN JHBNE8JTX51S10967 operating out of the Butte MT location** | $0.00   Comparable sale | $8,000.00 |
| 47.29 · | **2014 Volvo VNL  #MT-21 SN 4V4NC9EH7EN153490 operating out of the Butte MT office** | $0.00   Comparable sale | $12,000.00 |
| 47.30 · | **2015 Volvo VNL #MT-300 SN 4V4NC9EHXFN184959 operating out of the Butte MT location** | $0.00   Comparable sale | $11,000.00 |
| 47.31 · | **2018 Hino 258 #MT-77 SN 5PVNJ8JV6J4S68461 operating from the Butte MT location** | $0.00   Comparable sale | $13,500.00 |
| 47.32 · | **2008 Hino 258  #MT-79 SN 5PVNJ8JV582S51186 operating from the Butte MT location** | $0.00   Comparable sale | $14,000.00 |
| 47.33 · | **2012 Hino258  MT-80 SN5PVNE8JV4C4S52461 operating from the Butte MT location** | $0.00   Comparable sale | $14,000.00 |
| 47.34 · | **2007 Hino 258 #MT-83 SN 5PVNJ8JT172S50808 operating from the Butte MT location** | $0.00   Comparable sale | $10,000.00 |
| 47.35 · | **2006 Hino 258 # MT-85  SN 5PVNE8JT362S50201 operating from the Butte MT location** | $0.00   Comparable sale | $9,000.00 |
| 47.36 · | **2010 CHEVY G3500 #MT-86 1GB6G3AG9A1136971 operating from the Butte MT location** | $0.00   Comparable sale | $6,000.00 |

| | | | |
|---|---|---|---|
| 47.37. | **2006 Hino 258 # MT-90 SN 5PVNJ8JV062S50122 operating from the Butte MT location** | $0.00 | Comparable sale | $11,500.00 |
| 47.38. | **2006 UD 1300 #MT-91 SN JNAPA80H66AN55671 operating from the Butte MT location** | $0.00 | Comparable sale | $8,500.00 |
| 47.39. | **2006 Hino 258 #MT-92 SN 5PVNE8JT762S12230 operating from the Butte MT location** | $0.00 | Comparable sale | $11,000.00 |
| 47.40. | **2007 Hino 258 #MT-93 SN 5PVNE8JT272S52023 operating from the Butte MT location** | $0.00 | Comparable sale | $10,000.00 |
| 47.41. | **2015 Ford F650 #MT-94 SN 3FRNF6HP9FV541365 operating from the Butte MT location** | $0.00 | Comparable sale | $12,000.00 |
| 47.42. | **2015 Ford F650 # MT-95 SN 3FRNF6HD5FV699322 operating from the Butte MT location** | $0.00 | Comparable sale | $13,000.00 |
| 47.43. | **2013 Wabash Dry Van  #254549 SN1JJV532D2DL786260** | $0.00 | | $11,000.00 |
| 47.44. | **2007 Great Dane  Dry Van #266310 1GRAA56147K287183** | $0.00 | Comparable sale | $9,500.00 |
| 47.45. | **2007 Great Dane Dry Van #266924  SN 1GRAA56137K289345** | $0.00 | Comparable sale | $10,500.00 |
| 47.46. | **2013 Kentucky Dry Van # 460524 SN 1KKVA3219DL232472** | $0.00 | Comparable sale | $11,000.00 |
| 47.47. | **2020 Utility Dry Van  # VYTZ-170  sn 1uyvs2531l3962908 operating from the Spokane location** | $0.00 | Comparable sale | $15,000.00 |
| 47.48. | **2020  Utility Dry Van # vytz-175 sn 1UYVS253XL3962907 operating from the Spokane location** | $0.00 | Comparable sale | $15,000.00 |
| 47.49. | **Komatsu Forklift purchased 07/01/2014 for $16,700** | $0.00 | Comparable sale | $10,000.00 |
| 47.50. | **Warehouse forklift purchased 2018 for $11,414** | $0.00 | Comparable sale | $10,000.00 |

| | | | |
|---|---|---|---|
| 47.51· | Komatsu FG25T purchased 11/16/2021 for $11,414 | $0.00 | Comparable sale | $10,000.00 |
| 47.52· | 2017 Hino 82 purchased 06/06/2019 for $16,689 sitting broken in Yard at Butte MT | $0.00 | Comparable sale | $7,500.00 |
| 47.53· | 2013 Dpdge Ram purchased 12/20/2021 for $20,000 | $0.00 | | $18,000.00 |
| 47.54· | 2010 Ford Edge purchased 02/17/2022 for $6500 | $0.00 | Comparable sale | $5,000.00 |
| 47.55· | VYTO-100 2013 Utility Trailer Mfg Co used at Spokane Location | $0.00 | Comparable sale | $10,500.00 |
| 47.56· | VYTZ - 110 2016 Utility Trailer Mfg Co used in Spokane Location | $0.00 | Comparable sale | $13,000.00 |
| 47.57· | VYTZ-170 2020 Utility Trailer Mfg Co used in Spokane | $0.00 | Comparable sale | $15,000.00 |
| 47.58· | VYTZ -175 2020 Utility Trailer Mfg Co used in Spokane | $0.00 | Comparable sale | $15,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| container purchased 10/25/2021 for $5,950 | $0.00 | $3,000.00 |
| container 2 purchased 12/16/2021 for $1,600 | $0.00 | $500.00 |

51. **Total of Part 8.**

      Add lines 47 through 50. Copy the total to line 87.            | **$1,380,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ■ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 22 of 63

Debtor **Victory Transportation, LLC**
Name

Case number *(If known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,120.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,686,303.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,380,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,082,023.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,082,023.88 |

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 23 of 63

Fill in this information to identify the case:

Debtor name **Victory Transportation, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** **Amur Equipment Finance, Inc**

Creditor's Name

**308 N Locust St
Grand Island, NE 68801**

Creditor's mailing address

_____

Creditor's email address, if known

Date debt was incurred
**6/2019**

Last 4 digits of account number
**8245**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Utility Dry Van # VYTZ-170 sn 1uyvs2531l3962908 operating from the Spokane location**

**Describe the lien**
**UCC filing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**  Value of collateral: **$15,000.00**

**2.2** **Amur Equipment Finance, Inc**

Creditor's Name

**308 N Locust St
Grand Island, NE 68801**

Creditor's mailing address

_____

Creditor's email address, if known

Date debt was incurred
**6/2019**

Last 4 digits of account number
**8245**

**Describe debtor's property that is subject to a lien**
**2020 Utility Dry Van # vytz-175 sn 1UYVS253XL3962907 operating from the Spokane location**

**Describe the lien**
**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$0.00**  Value of collateral: **$15,000.00**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Balboa Capital Corporation** | | | $7,505.61 | $5,000.00 |

Creditor's Name

**575 Anton Blvd FL 12
Costa Mesa, CA 92626**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
01/15/2021**

**Last 4 digits of account number
1001**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2013 Volvo Model VNK Semi Truck #405 serial 4V4NC9EH4DN139593  purchased 11/24/2020 for $16,146 operating out of the Spokane WA office**

**Describe the lien
vehicle title**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Balboa Capital Corporation** | | | $8,496.45 | $5,000.00 |

Creditor's Name

**575 Anton Blvd FL 12
Costa Mesa, CA 92626**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
12/02/2020**

**Last 4 digits of account number
1000**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2012 Volvo VNL Truck #400  SN 4V4NC9EH4CN548532  purchased 12/30/2020 for $15,949
operating from the location in Spokane, WA**

**Describe the lien
vehicle title**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Balboa Capital Corporation** | **Describe debtor's property that is subject to a lien** | | $8,496.45 | $12,000.00 |

---

| | |
|---|---|
| Creditor's Name | **2013 Volvo VNL Truck #380 serial #** |
| | **4V4NC9EH4DN139593 purchased 10/30/2020** |
| | **for $15,949** |
| **575 Anton Blvd FL 12** | **operating out of the office in Butte MT** |
| **Costa Mesa, CA 92626** | |
| Creditor's mailing address | Describe the lien |
| | **vehicle title** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **12/02/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **1000** | As of the petition filing date, the claim is: |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.6** | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $8,496.45 | $5,000.00
--- | --- | --- | --- | ---

| | |
|---|---|
| Creditor's Name | **2013 Volvo VNL Truck #395 SN** |
| | **4V4NC9EHXDN139596 purchased 12/30/2020** |
| | **for $15,949** |
| **575 Anton Blvd FL 12** | **operating out of the Spokane WA office** |
| **Costa Mesa, CA 92626** | |
| Creditor's mailing address | Describe the lien |
| | **vehicle title** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **12/02/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **1000** | As of the petition filing date, the claim is: |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.7** | **Balboa Capital Corporation** | Describe debtor's property that is subject to a lien | $8,496.45 | $12,000.00
--- | --- | --- | --- | ---

| | |
|---|---|
| Creditor's Name | **2013 Volvo VNL Truck #390 SN** |
| | **4V4NC9EH1DN139597 purchased 12/30/2020** |
| | **for $15,949** |
| **575 Anton Blvd FL 12** | **operating out of the Butte MT location** |
| **Costa Mesa, CA 92626** | |
| Creditor's mailing address | Describe the lien |
| | **vehicle title** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **12/02/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

---

Last 4 digits of account number
**1000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Daimler Truck Financial** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $52,856.01 | $45,000.00 |

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #455  Model T12664ST  SN# 3AKJHHDR9KSKT0011 Purchased 5/10/2023 for $60,000.00 Finance Note Amount: $64,675.00  36 payments of $2,096.06 commencing 07/09/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy**

$52,856.01          $45,000.00

**14372 Heritage Parkway, STE 400**
**Fort Worth, TX 76177**
Creditor's mailing address

**Describe the lien**
**VEHICLE TITLE**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**05/10/2023**

**Last 4 digits of account number**
**8001**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Daimler Truck Financial** | | |
|---|---|---|---|
| | Creditor's Name | | $57,545.23 | $45,000.00 |

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #435   Model T12664ST**
 **SN# 1FUJHHDR6KLKW2684  Purchase 4/27/2023  Price $70,500.00**
 **Finance Note Amount: $76,881.00  36 payments of $2,491.36 commencing 06/26/23**
 **Guarantors Viktor Chernetskiy and Igor Chernetsk**

$57,545.23          $45,000.00

**14372 Heritage Parkway, STE 400**
**Fort Worth, TX 76177**
Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/27/2023**

**Last 4 digits of account number**
**1001**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Daimler Truck Financial** | | **$55,337.84** | **$45,000.00** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** |
| | **2019 Freightliner Truck #445   Model T12664ST  SN# 3AKJHHDRXKSKF0554  Purchased 4/28/2023 Price $68,250.00 Finance Note Amount: $ 73,974.00  36 payments of $2,397.15 commencing 06/27/23  Guarantors Viktor Chernetskiy and Igor Chernetsk** |
| **14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | |
| Creditor's mailing address | **Describe the lien** |
| | **vehicle title** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☐ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **06/27/2003** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **1001** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Daimler Truck Financial** | | **$55,537.50** | **$45,000.00** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** |
| | **2019 Freightliner Truck #440   Model T12664ST  SN# 3AKJHHDR7KSKF0561  Purchase 4/28/2023  Price $68,500.00 Finance Note Amount: $74,241.00  36 payments of $2,405.81 commencing 06/27/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy** |
| **14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | |
| Creditor's mailing address | **Describe the lien** |
| | **vehicle title** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☐ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **06/2/23** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4001** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | **$56,640.08** | **$45,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #465  Model T12664ST   SN# 3AKJHHDR1KSLG2336   Price $69,750.00  Finance Note amount: $75,559.00  36 payments of $2,448.80 commencing 07/02/23**
**Guarantors Viktor Chernetskiy and Igor Chernetskiy operation Location**

**14372 Heritage Parkway, STE 400**
**Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/03/2023**
**Last 4 digits of account number**
**1001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | **$62,106.07** | **$45,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #505  Model T12664ST   SN# 3AKJHHDR3KSKE1372   Price $74,000.00  Finance Note Amount: $80,115.00  36 payments of $2,596.46 commencing 07/10/23**
**operation location Portland, OR**

**14372 Heritage Parkway, STE 400**
**Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/11/2023**
**Last 4 digits of account number**
**4001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Daimler Truck Financial** | | $57,235.89 | $45,000.00 |
|---|---|---|---|---|

**Daimler Truck Financial**
Creditor's Name

14372 Heritage Parkway,
STE 400
Fort Worth, TX 76177
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/03/23**
**Last 4 digits of account number**
**4001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #470  Model T12664ST  SN# 3AKJHHDR8KSLG2334 Purchase 5/03/2023   Price $70,500.00 Finance Note Amount: $76,377.00 36 payments of $2,475.31 commencing 07/02/23**
**　Guarantors Viktor Chernetskiy and Igor Chernetskiy**

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 5 | **Daimler Truck Financial** | | $51,556.56 | $45,000.00 |
|---|---|---|---|---|

**Daimler Truck Financial**
Creditor's Name

14372 Heritage Parkway,
STE 400
Fort Worth, TX 76177
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/10/2023**
**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #485  Model T12664ST  SN# 3AKJHHDR2KSKT0013 Purchase 5/10/2023  Price $58,500.00  Finance Note Amount: $63,085.00 36 payments of $2,044.53 commencing 07/09/23**
**　Guarantors Viktor Chernetskiy and Igor Chernetskiy**
**O**

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 6 | **Daimler Truck Financial** | Describe debtor's property that is subject to a lien | $65,831.46 | $45,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | 2019 Freightliner Truck #450   Model T12664ST  SN# 3AKJHHDR4KSKL2507 Purchase 5/11/2023  Price $78,500.00  Finance Note Amount: $84,922.00<br> 36 payments of $2,752.25 commencing 07/10/23<br> Guarantors Viktor Chernetskiy and Igor Chernetskiy |

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/11/23**
**Last 4 digits of account number**
**1001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.17 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | $63,348.01 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Freightliner Truck #495 Model T12664ST SN# 3AKJHHDR2KSKL2506 Purchase 5/11/2023  Price $75,500.00  Finance Note Amount: $81,717.00<br> 36 payments of $2,648.37 commencing 07/10/23<br> Guarantors Viktor Chernetskiy and Igor Chernetskiy Op**

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle titl;e**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/11/2023**
**Last 4 digits of account number**
**2001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.18 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | $63,092.17 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Freightliner Truck #480 Model T12664ST SN# 3AKJHHDR6KSKE1429 Purchase 5/11/2023 Price $75,250.00 Finance Note Amount: $81,450.00 36 payments of $2,639.72 commencing 07/16/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy O**

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/11/2023**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | $65,251.15 | $50,000.00 |

Creditor's Name

**2020 Freightliner Truck #500 Model T12664ST SN# 3AKJHHDR9LSLJ8347 Purchase 5/22/2023 Price $72,750.00 Finance Note Amount: $79,030.00 48 payments of $2,015.37 commencing 07/21/23 Operation Location Spokane WA Guarantors Viktor Che**

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/22/2023**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | $67,382.96 | $50,000.00 |

Creditor's Name

**2020 Freightliner Truck #535  Model T12664ST  SN# 3AKJHHDR6SMD3788 Purchase 7/31/2023  Price $71,000.00  Finance Note Amount: $72,210.00 48 payments of $1,882.20 commencing 09/29/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy Op**

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/31/2023**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Daimler Truck Financial** | | $59,281.71 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Freightliner Truck #490 Model T12664ST SN# 3AKJHHDR9KSLG4271 Purchase 5/25/2023 Price $68,750.00  Finance Note Amount: $70,264.00 36 payments of $2,281.04 commencing 07/24/23 Operation Location Spokane, WA Guarantors Viktor Cherne**

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/25/2023**

**Last 4 digits of account number**
**7001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | $59,422.20 | $45,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2019 Freightliner Truck #460 Model T12664ST SN# 3AKJHHDR0KSKF0563 Purchase 06/01/2023 Price $69,250.00 Finance Note Amount: $70,265.00 36 payments of $2,296.18 commencing 07/31/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy O** |
| **14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | |
| Creditor's mailing address | **Describe the lien** |
| | **vehicle title** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **06/01/2023** | |
| **Last 4 digits of account number** | |
| **0001** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.23 | **Daimler Truck Financial** | Describe debtor's property that is subject to a lien | $67,904.21 | $50,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Freightliner Truck #530 Model T12664ST SN# 3AKJHHDR3LSLW0478 Purchase 2/21/2023 Price $66,250.00 Finance Note Amount: $74,259.00 48 payments of $1,925.37 commencing 08/20/23 Guarantors Viktor Chernetskiy and Igor Chernetskiy** | | |
| | **14372 Heritage Parkway, STE 400 Fort Worth, TX 76177** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **vehicle title** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **02/21/2023** | | | |
| | **Last 4 digits of account number** | | | |
| | **6001** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.24 | **Daimler Truck Financial** | Describe debtor's property that is subject to a lien | $60,680.11 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

2020 Freightliner Truck #525   Model
T12664ST   SN# 3AKJHHDR2LSLH9342
 Purchase 06/01/2023 Price $67,000.00
**Finance Note Amount: $68,015.00**
 48 payments of $1,749.33 commencing
07/31/23
 Guarantors Viktor Chernetskiy and Igor
Chernetskiy

**14372 Heritage Parkway,
STE 400
Fort Worth, TX 76177**

Creditor's mailing address

Describe the lien
**vehcle title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
06/01/2023**
Last 4 digits of account number
**2001**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.25** | **Daimler Truck Financial**

Creditor's Name

Describe debtor's property that is subject to a lien

$60,499.09 | $45,000.00

2019 Freightliner Truck #510  Model
T12664ST  SN# 1FUJHHDR9KLKX5830
 Purchase 06/01/2023  Price $70,500.00
**Finance Note Amount: $71,515.00**
 36 payments of $2,337.03 commencing
07/31/23
 Guarantors Viktor Chernetskiy and Igor
Chernetskiy

**14372 Heritage Parkway,
STE 400
Fort Worth, TX 76177**

Creditor's mailing address

Describe the lien
**vehicle title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
06/01/2023**
Last 4 digits of account number
**3001**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.26** | **Daimler Truck Financial**

Describe debtor's property that is subject to a lien

$63,835.21 | $48,000.00

Creditor's Name

**2019 Freightliner Truck #520 Model T12664ST**
**SN# 3AKJHHDR4KSKX2134**
**Purchase 06/13/2023  Price $72,250.00**
**Finance Note Amount: $73,265.00**
**36 payments of $2,405.60 commencing**
**08/12/23**
**Guarantors Viktor Chernetskiy and Igor**
**Chernetskiy**

**14372 Heritage Parkway,**
**STE 400**
**Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/13/2023**
**Last 4 digits of account number**
**7001**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.27 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | **$57,241.55** | **$44,000.00** |
|---|---|---|---|---|

Creditor's Name

**2019 Freightliner Truck #515  Model**
**T12664ST  SN# 3AKJHHDR8KSKF0567**
**Purchase 06/01/2023  Price $66,750.00**
**Finance Note Amount: $67,765.00**
**36 payments of $2,214.49 commencing**
**07/31/23**
**Guarantors Viktor Chernetskiy and Igor**
**Chernetski**

**14372 Heritage Parkway,**
**STE 400**
**Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/01/2023**
**Last 4 digits of account number**
**1001**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.28 | **Daimler Truck Financial** | **Describe debtor's property that is subject to a lien** | **$50,889.90** | **$48,000.00** |
|---|---|---|---|---|

24-00802-FPC11     Doc 1     Filed 05/17/24     Entered 05/17/24 10:28:32     Pg 36 of 63

**Creditor's Name**

**2019 Freightliner Truck #475   Model T12664ST  SN# 3AKJHHDR1KSKE1466  Purchase 05/17/2023 Price $60,500.00 Finance Note Amount: $65,697.00  36 payments of $2,129.18 commencing 07/16/23  Guarantors Viktor Chernetskiy and Igor Chernetskiy**

**14372 Heritage Parkway, STE 400 Fort Worth, TX 76177**

Creditor's mailing address

**Describe the lien**
**vehicle title**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**05/17/2023**
**Last 4 digits of account number**
**6001**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | | | | |
|---|---|---|---|---|

**RTS Financial**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts assigned to RTS as of 4/30/2024 Factoring contract charges 1.2% on net  after purchase fee of .95%   to Debtor. Actual list of accounts will be filed under separate heading.  Upon filing, Debtor will seek to get**

$0.00      $1,686,303.00

**9325 Metcalf Ave Overland Park, KS 66212**

Creditor's mailing address

**Describe the lien**
**Factoring charge is 1% plus fee**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**09/09/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | | | | |
|---|---|---|---|---|

**U.S. Small Business Administration**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**all accounts, inventory and assets proceeds etc**

$540,591.46      Unknown

**409 3rd St SW Washington, DC 20416**

Creditor's mailing address

**Describe the lien**
**UCC filing**

Creditor's email address, if known
_____

**Date debt was incurred**

**2021**

**Last 4 digits of account number**

**9101**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,835,557.78** |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

24-00802-FPC11     Doc 1     Filed 05/17/24     Entered 05/17/24 10:28:32     Pg 38 of 63

Debtor name **Victory Transportation, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1007** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Bonvoy Business Amex**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$9,147.14** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Hi Security**<br>8156 S. Eldorado St<br>French Camp, CA 95231<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **Victory Transport** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **security for the Stockton Yard**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$19,512.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**BNSF**<br>920 SE Quincy St<br>Topeka, KS 66612<br><br>Date(s) debt was incurred **23-24**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **container rental**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$43,345.36** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Channel**<br>10900 Wayzata Blvd #300<br>Minnetonka, MN 55305<br><br>Date(s) debt was incurred **09/18/2023**<br>Last 4 digits of account number **091M** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **loan of $200,000 payable at $18,133.33 per month for 15 months  9 months remain**<br>**Loan is not secured as prior UCC filed**<br>**by SBA**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$163,199.70** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,026.64 |
| --- | --- | --- | --- |

**DCLI**
**3525 Whitehall Park Dr #400**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **chasis rental**

Last 4 digits of account number  **VYTO DOM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,682.00 |
| --- | --- | --- | --- |

**EVERGREEN STATE TOWING**
**6511 N PERRY**
**Spokane, WA 99217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **towing services**

Last 4 digits of account number  **4584**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,200.00 |
| --- | --- | --- | --- |

**Forward Financing**
**53 Street 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/19/2024**

Basis for the claim:  **Merchant Cash Advance loan claimed to be a purchase of $222,000.00 in future receipts at 2% of income or $6,937.50 per weelk for $146,000.00 after processing fee**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,080.15 |
| --- | --- | --- | --- |

**JP Morgan Chase Bank Card Services**
**PO Box 15369**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **business credit card**

Last 4 digits of account number  **4341**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,964.00 |
| --- | --- | --- | --- |

**JP Morgan Chase Bank Card Services**
**PO Box 15369**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **credit card for business**

Last 4 digits of account number  **8407**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,193.23 |
| --- | --- | --- | --- |

**McKinney**
**PO Box515574**
**Los Angeles, CA 90051-4586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-24**

Basis for the claim:  **TRAILER RENTAL**

Last 4 digits of account number  **8587**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,622.00 |
| --- | --- | --- | --- |

**Milestone**
**1 E 22nd St 8th Fl**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Lease of containers being assumed**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

24-00802-FPC11   Doc 1   Filed 05/17/24   Entered 05/17/24 10:28:32   Pg 40 of 63

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Motive Fleet Management Co**
55 Hawthorne St #400
San Francisco, CA 94105

Date(s) debt was incurred  02/16/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GPS tracking for fleet total contract subscription142,150**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Penske Truck Leasing**
PO Box 563
Reading, PA 19603-0563

Date(s) debt was incurred  05/02/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Breach on trucks being returned lease at $49,000 per month**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,548.00** |
| --- | --- | --- | --- |

**Premier Trailer LLC**
5201 Tennyson Pkwy #250
Plano, TX 75024

Date(s) debt was incurred  May 8 2024 default

Last 4 digits of account number  8666

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trailer lease**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123,800.00** |
| --- | --- | --- | --- |

**Run Roadlines**
3439 Brookside Road
Stockton, CA 95219

Date(s) debt was incurred  _

Last 4 digits of account number  wy99

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stockton Yard Lease  will reject lease**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155,000.00** |
| --- | --- | --- | --- |

**Samson MCA LLC**
1545 Route 202 Ste 201
Pomona, NY 10970

Date(s) debt was incurred  November 27, 2023

Last 4 digits of account number  2421

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan claimed as sale of 5% future revenue $244,925 funded to Victory Transportation no security in accounts SBA filed UCC 06/27/21 covering all accounts, proceeds etc debtor paid$165,000 of the $320,000 lawsuit filed in New York 5/2/24**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,640.06** |
| --- | --- | --- | --- |

**WELLS FARGO**
PO BOX 29704
PHOENIX, AZ 85038

Date(s) debt was incurred  _

Last 4 digits of account number  6231

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit line for Victory Transportation LLC**

Is the claim subject to offset? ☒ No ☐ Yes

---

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 41 of 63

| Debtor | **Victory Transportation, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Willscot Mobile Mini Solutions**
**2910 Ramco St**
**West Sacramento, CA 95691-5841**

Date(s) debt was incurred  **4/2023**

Last 4 digits of account number  **4943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease for small mobile office**
**will reject lease**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila, Esq**<br>**1545 US 202, Ste 101**<br>**Pomona, NY 10970** | Line  **3.16**<br><br>☐ Not listed. Explain _____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,031,960.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,031,960.28 |

**Fill in this information to identify the case:**

Debtor name    **Victory Transportation, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of property for business operation, dispatch and shop. Has parking for business trucks and 6 bay garage facility along with offices. Will Assume** |
| State the term remaining   **until March 31, 2027** | |
| List the contract number of any government contract | **6027 Thorpe Road LLC**<br>**PoBox 13176**<br>**Spokane, WA 99213** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **5 53 foot domestic containers manufactured by Jindo between 2003 and 2005 Debtor will reject the lease** |
| State the term remaining   **3 months** | |
| List the contract number of any government contract | **Milestone**<br>**1 E 22nd St 8th Fl**<br>**Lombard, IL 60148** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **fleet tracking software**<br>**Debtor will reject** |
| State the term remaining   **33 mounths** | |
| List the contract number of any government contract | **Motive Fleet Management Co**<br>**55 Hawthorne St #400**<br>**San Francisco, CA 94105** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **lease of lot at 3515 S Hwy 99 Stockton CA 95215 at $8000 Tripple net from May 1, 2023 to August 31, 2023, then $16,000 tripple net from September 1, 2023 to Arpil 30, 2024 then $16,800 from may 1, 2024 to April 30, 2025- will reject** | |
|---|---|---|---|
| | State the term remaining | **12 months** | |
| | List the contract number of any government contract | | **Run Roadlines Inc**<br>**415 Mission Street Floor 37**<br>**San Francisco, CA 94105** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **32 x 8 Mobile office delivered to 2467 E Mariposa Rd, Stockton CA 95205 on 4/17/2023 Debtor will reject lease** | |
|---|---|---|---|
| | State the term remaining | **13 months** | |
| | List the contract number of any government contract | | **Willscot Mobile Mini Solutions**<br>**2910 Ramco St**<br>**West Sacramento, CA 95691-5841** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 18 - 53 foot Road Van  Debtor will reject lease** | |
|---|---|---|---|
| | State the term remaining | **10 months** | |
| | List the contract number of any government contract | | **Xtra Lease**<br>**PO Box 219562**<br>**Kansas City, MO 64121-9562** |

Fill in this information to identify the case:

Debtor name **Victory Transportation, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Igor Chernetskiy** | **2823 Cassia Lane**<br>**Jacksonville, FL 32246** | **Forward Financing** | ☐ D _____<br>☑ E/F __**3.7**__<br>☐ G _____ |
| 2.2 | **Igor Chernetskiy** | **2823 Cassia Lane**<br>**Jacksonville, FL 32246** | **Samson MCA LLC** | ☐ D _____<br>☑ E/F __**3.16**__<br>☐ G _____ |
| 2.3 | **Victor & Igor Chernetskiy** | **6207 W  Thorpe Rd**<br>**Spokane, WA 99224** | **Daimler Truck Financial** | ☑ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Viktor Chernetskiy** | **8912 E Parkside Lane**<br>**Spokane, WA 99217** | **American Express** | ☐ D _____<br>☑ E/F __**3.1**__<br>☐ G _____ |
| 2.5 | **Viktor Chernetskiy** | **8912 E Parkside Lane**<br>**Spokane, WA 99217** | **WELLS FARGO** | ☐ D _____<br>☑ E/F __**3.17**__<br>☐ G _____ |

| Debtor | **Victory Transportation, LLC** | Case number *(if known)* | |
|--------|--------------------------------|--------------------------|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.6 | **Viktor Chernetskiy** | **8912 E Parkside Lane Spokane, WA 99217** | **Channel** | ☐ D ____ <br> ■ E/F __3.4__ <br> ☐ G ____ |
| 2.7 | **Leon Borodyansky** | **6207 W Thorpe Rd Spokane, WA 99224** | **Run Roadlines Inc** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.4__ |
| 2.8 | **Victor and Maria Chernetskiy** | **6207 W Thorp Rd Spokane, WA 99224** | **6027 Thorpe Road LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.1__ |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:  Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☐ Operating a business<br>**Gross Income for Victory Transportation, LLC**<br>■ Other | **$7,289,937.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>**Gross Income for Victory Transportation, LLC**<br>■ Other | **$22,749,465.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$18,583,828.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. **Viktor Chernetskiy**<br>**8912 E Parkside Lane**<br>**Spokane, WA 99217**<br>**20% owner** | **2023  Salary for year $236,279 and distribution $82,788 2024 distribution to date $78,290** | **$0.00** | **owner W2 and distribution** |
   | 4.2. **Igor Chernetskiy**<br>**2823 Cassia Lane**<br>**Jacksonville, FL 32246**<br>**80% owner CEO** | **2023 $373,482 as W2 and $210,584 as distribution 2024 $78,290 distribution** | **$0.00** | **salary and distribution** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Samson MCA LLC v Victory Transportation LLC, DBA Victory Transportation LLC, Victory Truck Shop, LLC, VT Holdings, LLC, Pro-Rentals LLC Victory Transportation and Igor Chernetskiy 032421/2024** | **collection on Merchant Cash Advance** | **Supreme Court of the State of New York County of Rockland 1 S Main New City, NY 10956** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Roma Inc and Up and Fast LLC v Victory Transportation LLC Igor Chernetskiy** | **Employee with separate business seeking money** | **Circuit Court of Cook County Illinois Richard J Daley Center 50 Washington Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Elizabeth M. McBride, P.S. Corp. 28 W Indiana Avenue Ste G Spokane, WA 99205** | **Paid a deposit of $10,000 for pre-petition work at $300 per hour all post petition fees will be at approval of court** | **May 14, 2024** | **$0.00** |
| | Email or website address **lisa@lisamcbride.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **West Coast Motor Express LLC 7206 SW Florence Lane Portland, OR 97223** | **$15,000 2014 Volvo, $12,000 2014 Volvo, $15,000 2015 Volvo $15,000 2015 Volvo $8,000, 2014 Volvo , $12,000 2015 Volvo $7,000 2007 Volvo, $10,000 2006 Volvo, $6,000 2007 Utility Dry Van, $8,000 2006 Wabash Dry Van, $8,000 2013 Stoughton $8,000 2007 Utilty Dry Van, $10,000 2017 Hyundai Dry Van, $10,000 Great Dane Dry van, $12000 2018 Wabash Dry Van, $9000 2007 Strick Dry Van, $13000 2016 Utility Dry Van, $8000 2003 Wabash Dry Van, $8000 2019 Hyundai Dry Van, $6,000 2011 Utility Dry Van** | **May5, 2024** | **$200,000.00** |
| | Relationship to debtor **none** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2. | | 2007 Hino $10,000, 2014 Volvo $12000,<br>2015 Volvo $12000, 2018 Hino $13500,<br>2008 Hino $14000, 2012 Hino $14000,<br>2007 Hino $10000, 2006 Hino $9000<br>2010 Chevy G3500 $6000, 2006 Hino<br>$11500, 2006 UD $8,500, 2006 Hino<br>$11,000,<br>2015 Ford F650 $12000, 2015 Ford F650<br>$13000, 2007 Great Dane $9500, 2007<br>Great Dane $10500, 2013 Kentucky Dry<br>Van $11,000 Titles give as adequate<br>assurance to factoring company. Vehicle<br>remaining in possession of debtor.  Fund<br>from accounts receivable liened by | | |
| | RTS Financial<br>9325 Metcalf Ave<br>Overland Park, KS 66212 | Samson MCA | 05/15/2024 | $187,500.00 |
| | Relationship to debtor<br>Factoring Company | | | |

---

**Part 7:**　**Previous Locations**

14. **Previous addresses**
　　List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

　■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**　**Health Care Bankruptcies**

15. **Health Care bankruptcies**
　　Is the debtor primarily engaged in offering services and facilities for:
　　- diagnosing or treating injury, deformity, or disease, or
　　- providing any surgical, psychiatric, drug treatment, or obstetric care?

　■ No. Go to Part 9.
　□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**　**Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

　■ No.
　□ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

　■ No. Go to Part 10.
　□ Yes. Does the debtor serve as plan administrator?

**Part 10:**　**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
　　Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

24-00802-FPC11　　Doc 1　　Filed 05/17/24　　Entered 05/17/24 10:28:32　　Pg 51 of 63

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

24-00802-FPC11    Doc 1    Filed 05/17/24    Entered 05/17/24 10:28:32    Pg 52 of 63

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **CargoWest, LLC**<br>**5909 S Assembly Rd**<br>**Spokane, WA 99224** | **Transportation and Warehousing Governors VT Holdings LLC and Roma Inc** | EIN:  **604 731 198**<br><br>From-To  **04/02/2021** |
| 25.2.  **VT HoldingsLLC**<br>**6207 W Thorpe**<br>**Spokane, WA 99224** | **debtor had 33%** | EIN:<br><br>From-To  **2022 closed March 31, 2024** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Paul Adiliyi**<br>**6207 W Thorpe**<br>**Spokane, WA 99224** | **in house CFO** |
| 26a.2.  **Yuriy Shchirov**<br>**Advanced Tax & Accounting Firm**<br>**5707 Marconi Ave Ste C**<br>**Carmichael, CA 95608** | **2021 to present** |
| 26a.3.  **Eric Dudrov**<br>**Spokane, WA** | **2023 to present** |
| 26a.4.  **Yelena Kopets**<br>**6207 W Thorpe**<br>**Spokane, WA 99224** | **employee of Victory Transportation, LLC** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Igor Chernetskiy | 2823 Cassia Lane Jacksonville, FL 32246 | Chief Executive Officer | 80 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Viktor Chernetskiy | 8912 E Parkside Lane Spokane, WA 99217 | owner | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Adeliyi | 6207 W Thorpe Spokane, WA 99224 | Chief Financial Officer | 0 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
□ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

□ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Viktor Chernetskiy 8912 E Parkside Lane Spokane, WA 99217 | 2023 Salary $236,279 Distribution $82,788 Year to Date 2024 Distribution $78,290 | | earnings |
| | Relationship to debtor 20% owner | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Igor Chernetskiy**<br>**2823 Cassia Ln**<br>**Jacksonville, FL 32246** | **2023 salary $373,482 Distribution**<br>**$210,584**<br>**2024 YTD $78,290 Distribution** | | **management of company** |
| | Relationship to debtor<br>**CEO 80%owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2024**

**/s/ Igor Chernetskiy**                        **Igor Chernetskiy**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Victory Transportation, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ 10,000.00 |
| Prior to the filing of this statement I have received | $ 10,000.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Preparation of Schedules, negotion with creditors, motion for orders regarding factoring company and MCA, firs day orders, monthly reports, filing of plan**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2024**
*Date*

**/s/ Elizabeth M. McBride**
**Elizabeth M. McBride 16035**
*Signature of Attorney*
**Elizabeth M. McBride, P.S. Corp.**
**28 W Indiana Avenue Ste G**
**Spokane, WA 99205**
**(509) 838-0435   Fax: (509) 327-2810**
**lisa@lisamcbride.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Washington

In re **Victory Transportation, LLC**      Case No. _____
                                  Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Chief Executive Officer Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 16, 2024**            Signature   **/s/ Igor Chernetskiy**
                                                       **Igor Chernetskiy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **Victory Transportation, LLC**                                                    Case No. _____
                                                        Debtor(s)              Chapter      **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer Member of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:   **May 16, 2024**_____        **/s/ Igor Chernetskiy**_____
                                                        **Igor Chernetskiy**/**Chief Executive Officer Member**
                                                        Signer/Title

Victory Transportation, LLC
6207 W Thorpe
Spokane, WA 99224


Elizabeth M. McBride
Elizabeth M. McBride, P.S. Corp.
28 W Indiana Avenue Ste G
Spokane, WA 99205


6027 Thorpe Road LLC
PoBox 13176
Spokane, WA 99213


American Express
PO Box 981535
El Paso, TX 79998-1535


American Hi Security
8156 S. Eldorado St
French Camp, CA 95231


Amur Equipment Finance, Inc
308 N Locust St
Grand Island, NE 68801


Ariel Bouskila, Esq
1545 US 202, Ste 101
Pomona, NY 10970


Balboa Capital Corporation
575 Anton Blvd FL 12
Costa Mesa, CA 92626


BNSF
920 SE Quincy St
Topeka, KS 66612

Channel
10900 Wayzata Blvd #300
Minnetonka, MN 55305


Daimler Truck Financial
14372 Heritage Parkway, STE 400
Fort Worth, TX 76177


DCLI
3525 Whitehall Park Dr #400
Charlotte, NC 28273


EVERGREEN STATE TOWING
6511 N PERRY
Spokane, WA 99217


Forward Financing
53 Street 20th Floor
Boston, MA 02109


Igor Chernetskiy
2823 Cassia Lane
Jacksonville, FL 32246


JP Morgan Chase Bank Card Services
PO Box 15369
Wilmington, DE 19850


Leon Borodyansky
6207 W Thorpe Rd
Spokane, WA 99224


McKinney
PO Box515574
Los Angeles, CA 90051-4586

Milestone
1 E 22nd St 8th Fl
Lombard, IL 60148


Motive Fleet Management Co
55 Hawthorne St #400
San Francisco, CA 94105


Penske Truck Leasing
PO Box 563
Reading, PA 19603-0563


Premier Trailer LLC
5201 Tennyson Pkwy #250
Plano, TX 75024


RTS Financial
9325 Metcalf Ave
Overland Park, KS 66212


Run Roadlines
3439 Brookside Road
Stockton, CA 95219


Run Roadlines Inc
415 Mission Street Floor 37
San Francisco, CA 94105


Samson MCA LLC
1545 Route 202 Ste 201
Pomona, NY 10970


U.S. Small Business Administration
409 3rd St SW
Washington, DC 20416

```
Victor & Igor Chernetskiy
6207 W Thorpe Rd
Spokane, WA 99224


Victor and Maria Chernetskiy
6207 W Thorp Rd
Spokane, WA 99224


Viktor Chernetskiy
8912 E Parkside Lane
Spokane, WA 99217


WELLS FARGO
PO BOX 29704
PHOENIX, AZ 85038


Willscot Mobile Mini Solutions
2910 Ramco St
West Sacramento, CA 95691-5841


Xtra Lease
PO Box 219562
Kansas City, MO 64121-9562
```

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Victory Transportation, LLC** _____    Case No. _____

                       Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Victory Transportation, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 16, 2024** _____
Date

      **/s/ Elizabeth M. McBride** _____
      **Elizabeth M. McBride 16035**
      Signature of Attorney or Litigant
      Counsel for   **Victory Transportation, LLC** _____
      **Elizabeth M. McBride, P.S. Corp.**
      **28 W Indiana Avenue Ste G**
      **Spokane, WA 99205**
      **(509) 838-0435 Fax:(509) 327-2810**
      **lisa@lisamcbride.com**